Order entered November 1, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01398-CR
### No. 05-12-01687-CR

**DARIUS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-51415**

## ORDER

On the Court's own motion, we **ORDER** the appellant's briefs filed as of the date of this order.

/s/    DAVID EVANS
       JUSTICE